```
                                                   FILED
                                                   January 26, 2024
UNITED STATES DISTRICT COURT                       CLERK, U.S. DISTRICT COURT
   WESTERN DISTRICT OF TEXAS                       WESTERN DISTRICT OF TEXAS
       SAN ANTONIO DIVISION         BY: _____NM_____
                                                              DEPUTY
```

| | |
|---|---|
| ALVIN ABRAMS | § § |
| v. | § §  CIVIL NO. SA-22-CV-00417-OLG |
| QUIKTRIP CORPORATION | § § |

## ORDER FOR DISMISSAL PAPERS

On January 25, 2024, the Court was advised that this case settled. (*See* Dkt. No. 34.) The parties have not filed the closing paperwork in this case. Accordingly, it is hereby **ORDERED** that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, February 23, 2024** . If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are **DENIED**, subject to re-urging should settlement fail.

4) The pretrial conference and trial settings are canceled.

5) No extensions of the above deadline shall be granted except upon a showing of good cause.

6) The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED.**

**SIGNED** this 26th day of January, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE