IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALVIN ABRAMS**<br>    Plaintiff | §<br>§<br>§ | |
| **V.** | §<br>§ | **CIVIL ACTION NO: 5:22-CV-00417-OLG** |
| **QUIKTRIP CORPORATION**<br>    Defendant | §<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Alvin Abrams ("Plaintiff") and Defendant Quiktrip Corporation ("Defendant") hereby file this Agreed Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to alleged injuries sustained in a slip and fall accident in Defendant's store.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Keith B. French* | */s/ Marc K. Whyte* |
| Keith B. French | Marc K. Whyte |
| SBN: 24115073 | SBN: 24056526 |
| kfrench@peoplefirstfirm.com | mwhyte@whytepllc.com |
| T KEITH B. FRENCH LAW, PLLC | WHYTE PLLC |
| 2010 E. Broadway St. Suite 132 | 2101 NW Military Hwy |
| Pearland, Texas 77581 | San Antonio, Texas 78213 |
| T: 832.243.6153 | T: 210.562.2878 |
| F: 832.243.1927 | F: 210.562.2874 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 12th day of February, 2024 to:

Courtney B. Warren
courtney@cwarrenlaw.com
LAW OFFICE OF
COURTNEY WARREN PLLC
Federal Bar No. 3394404
Texas Bar No. 24110511
402 Hunt Street
Houston, TX 77003
Phone: (713) 828-9385
**ATTORNEYS FOR PLAINTIFF**

*/s/ Marc K. Whyte*
Marc K. Whyte